**Electronically Filed
Supreme Court
SCPW-24-0000465
23-SEP-2024
02:19 PM
Dkt. 60 ODDP**

SCPW-24-0000465

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE BONNY N. EVANS, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of petitioner Bonny N. Evans's (1) July 8, 2024 Petition for Writ of Mandamus, (2) July 8, 2024 request to proceed in forma pauperis, (3) July 24, 2024 correspondence, which the court construes as a motion (July 24, 2024 motion), (4) August 16, 2024 Motion for Limited Remand, (5) August 18, 2024 Motion to Stay Parallel Proceedings; (6) August 22, 2024 motion, which we construe as seeking a writ of mandamus (August 22, 2024 petition), and the record,

We conclude that petitioner fails to demonstrate entitlement to the mandamus relief requested in the July 8, 2024 petition and August 22, 2024 petition. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023) (requiring a petitioner seeking an extraordinary

writ to demonstrate "a clear and indisputable right to the relief requested and a lack of other means to redress adequately the alleged wrong or to obtain the requested action" (citation omitted)). Additionally, Petitioner's August 16, 2024 Motion for Limited Remand does not specifically seek relief from this court.

It is ordered that:

1. The petitioner's request to proceed in forma pauperis is granted, and the appellate clerks' office shall process the petitions without payment of the filing fee.

2. The July 8, 2024 petition and August 22, 2024 petition are denied.

3. The July 24, 2024 motion is denied as moot.

4. The August 18, 2024 motion is denied.

5. The August 16, 2024 Motion for Limited Remand is dismissed.

DATED:  Honolulu, Hawaiʻi, September 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

